**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  24-60042-CIV-SMITH/REID**

ALAISHA LEWIS,

    Plaintiff,
vs.

3300 CORP., *et al.*,

    Defendants.
_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Defendants' Motion for Attorneys' Fees [DE 26] and Defendants' Objections [DE 27].  The Report and Recommendation ("R&R") recommends denying without prejudice Defendants' Motion for Attorneys' Fees [DE 22], as premature because the arbitration agreement includes a "delegation agreement," which delegates authority to the arbitrator to determine threshold issues of arbitrability.  The R&R found that, at arbitration, Plaintiff intended to challenge the validity of the arbitration clause, which would include the attorneys' fee provision; thus, Defendants' Motion was premature.

Defendants' Objections argue that there is no question of arbitrability and there is no question that the arbitration agreement requires Plaintiff to pay attorneys' fees when Defendants successfully compel arbitration, which they did.  The fee provision is, however, part of the arbitration clause that Plaintiff intends to challenge.  Moreover, the issue of attorneys' fees was delegated to the arbitrator in the arbitration agreement, which delegates to the arbitrator "any controversy, dispute, or claim" arising from the parties' contract.  The provision for attorneys' fees

related to compelling arbitration is a sub-paragraph of the arbitration agreement. Thus, the arbitration agreement delegates the issue of attorneys' fees to the arbitrator. Accordingly, it is

**ORDERED** that:

1) Magistrate Judge's Report and Recommendation on Defendants' Motion for Attorneys' Fees [DE 26] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Defendants' Objections [DE 27] are **OVERRULED.**

3) Defendants' Motion for Attorneys' Fees [DE 22] is **DENIED without prejudice.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 23rd day of January, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record